UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. MCNAMARA,<br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS WATER RESOURCES<br>AUTHORITY, LEROY WALKER, PETER<br>YAROSSI, CAROLYN FIORE, VICTOR<br>L'ESPERANCE and KAREN BAILEY,<br>Individually and in their capacities as Agents<br>Of the Massachusetts Water Resources<br>Authority,<br>Defendants | C.A. NO. 041035BWGY |

### MOTION OF DEFENDANTS TO FILE MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT IN EXCESS OF TWENTY (20) PAGES

Pursuant to Federal Local Rule 7.1 B(4), the Defendants Massachusetts Water Resources Authority (MWRA), Leroy Walker (Walker), Peter Yarossi (Yarossi), Carolyn Fiore (Fiore), Victor L'Esperance (L'Esperance), and Karen Bailey (Bailey), respectfully requests that this Court allow them to file a Memorandum of Law in Support of four (4) Motions to Dismiss Plaintiff's Complaint in excess of twenty (20) pages (Memorandum).

As grounds in support of this Motion, MWRA states the Memorandum is twenty six (26) pages including the Certificate of Service. As further grounds in support of this Motion, the six (6) defendants state that the plaintiff has asserted eight (8) counts against them and the defendants have collectively filed four (4) Motions to Dismiss.

Therefore, because of the number of defendants and counts, justice requires that the defendants be allowed to file a Memorandum in Excess of twenty (20) pages.

Respectfully submitted,

MASSACHUSETTS WATER
RESOURCES AUTHORITY,
Defendants

By its attorney,

*Bonnie Gillespie-Perry*
Bonnie Gillespie-Perry
BBO #554747
MWRA
100 First Avenue
Charlestown Navy Yard
Boston, Massachusetts 02129
(617) 788-1181

Dated: March 29, 2004

CERTIFICATE OF SERVICE

I, Bonnie Gillespie-Perry, hereby certify that on this 29th day of March, 2004, I served a copy of the Motion Of Defendants To File Memorandum Of Law In Support Of Defendants Motion to Dismiss Plaintiff's Complaint In Excess Of Twenty (20) Pages, by causing a copy to be mailed, first class postage prepaid, to the following:

Gary C. Nolan, Esq.
Nolan Perroni LLP
133 Merrimack Street
Lowell, Massachusetts 01852

*BGP*
Bonnie Gillespie-Perry