UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. MCNAMARA,<br>　　　Plaintiff<br><br>v.<br><br>MASSACHUSETTS WATER RESOURES<br>AUTHORITY, LEROY WALKER, PETER<br>YAROSSI, CAROLYN FIORE, VICTOR<br>L'ESPERANCE and KAREN BAILEY,<br>Individually and in their capacities as Agents<br>of the Massachusetts Water Resources<br>Authority,<br>　　　Defendants | C.A. NO. 041035BWGY |

## CERIFICATION OF COUNSEL AND AUTHORIZED REPRESENTATIVE

I, Bonnie M. Gillespie-Perry, counsel for the above captioned defendants hereby certify that I have conferred with Kate Murray, Managing Director of MWRA regarding the Plaintiff's settlement demand, a litigation budget and the use of alternate dispute resolution programs offered through the ADR program sponsored by the Federal District Court and set out in Local Rule 16.4.

Respectfully submitted,
MASSACHUSETTS WATER
RESOURCES AUTHORITY,
Defendants

By its attorney,

*Kate Murray*
Kate Murray
Managing Director

*Bonnie Gillespie-Perry*
Bonnie Gillespie-Perry
BBO #554747
Massachusetts Water Resources
 Authority
100 First Avenue
Charlestown Navy Yard
Boston, Massachusetts  02129
(617) 788-1181

Dated:  March 31, 2004

### CERTIFICATE OF SERVICE

I, Bonnie Gillespie-Perry, hereby certify that on this 31st day of March, 2004, I served the foregoing by causing a copy to be mailed, first class postage prepaid, to the following:

Gary G. Nolan, Esq.
Nolan Perroni LLP
133 Merrimack Street
Lowell, Massachusetts 01852

*Bonnie Gillespie-Perry*
Bonnie Gillespie-Perry

2