UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. MCNAMARA,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS WATER RESOURES<br>AUTHORITY, LEROY WALKER, PETER<br>YAROSSI, CAROLYN FIORE, VICTOR<br>L'ESPERANCE and KAREN BAILEY,<br>Individually and in their capacities as Agents<br>Of the Massachusetts Water Resources<br>Authority,<br>    Defendants | C.A. NO. 04-10356WGY |

### AFFIDAVIT OF COMPLIANCE
### WITH LOCAL RULE 7.1(2) OF THE UNITED STATES DISTRICT COURT

I, Bonnie M. Gillespie-Perry, hereby depose and state under oath the following statements are true to the best of my personal knowledge:

1. I represent the defendants in the above captioned action. On two (2) occasions in March of 2004, I conferenced with opposing counsel concerning the Defendants various Motion to Dismiss in an attempt to narrow the issues before the court.

2. This Affidavit is being submitted pursuant to Local Rule 7.1(2) of the United States District Court for the District Court of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 9th DAY OF APRIL, 2004.

_____
Bonnie M. Gillespie-Perry
Senior Staff Counsel