This watermark does not appear in the registered version - http://www.clicktoconvert.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

THOMAS J. MCNAMARA,
        Complainant

v.                                                       Civil Action No. 04-10356-WGY

MASSACHUSETTS WATER RESOURCES
AUTHORITY, LEROY WALKER, PETER
YARROSI, CAROLYN FIORE, VICTOR
L'ESPERANCE and KAREN BAILEY,
Individually and in their capacities as Agents
of the Massachusetts Water Resources
Authority,
        Defendants
_____

### ASSENTED TO MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS

    NOW COMES the Plaintiff, Thomas J. McNamara, and respectfully requests that this Honorable Court enlarge, by one week, the time he has in which to file his Opposition to Defendants' Motion to Dismiss. Counsel for the six defendants assents to this motion.

    In support hereof, plaintiff states as follows:

1. Defendants filed in a single motion mixed requests to dismiss different counts of Plaintiff's 8 Count complaint, as they relate to different defendants;

2. Defendants' have attached in partial support of their Motion an Affidavit of a non-defendant in support of their Motion, which affidavit may require plaintiff to obtain documents in support of his opposition.

3. Plaintiff has not requested previous extensions, and is requesting only a seven-day extension at this time.

4. No party will be prejudiced by the allowance of this motion.

    WHEREFORE the plaintiff requests that this Court enlarge the time by which plaintiff must file his Opposition, up to and including **May 3, 2004.**

This watermark does not appear in the registered version - http://www.clicktoconvert.com

Respectfully submitted,

_____
Gary G. Nolan
BBO#: 634907
Nolan | Perroni, LLP
133 Merrimack Street
Lowell, MA 01852
(978) 454-3800

## CERTIFICATE OF SERVICE

I, Gary G. Nolan, counsel for the plaintiff, hereby certify that I have caused a copy of the forgoing to be delivered by first class mail, postage prepaid, to counsel of record for all parties on April 26, 2004.

_____
Gary G. Nolan