UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS J. MCNAMARA,<br>    Plaintiff<br><br>v.<br><br>MASSACHUSETTS WATER RESOURES AUTHORITY, LEROY WALKER, PETER YARROSI, CAROLYN FIORE, VICTOR L'ESPERANCE and KAREN BAILEY, Individually and in their capacities as Agents Of the Massachusetts Water Resources Authority,<br>    Defendants | C.A. NO. 0410356WGY |

FILED
CLERKS OFFICE
2004 JUN -1 P 3: 12
U.S. DISTRICT COURT
DISTRICT OF MASS

### DEFENDANTS' REQUIRED DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)(E)

Pursuant to Fed. R. Civ. P. 26(a)(1)(E) the defendants disclose the following Rule 26(a)(1)(A) – witness disclosure.

1. Leroy J. Walker, 452 Truman Parkway, Milton, Massachusetts 02186
2. Carolyn Fiore, MWRA, (617) 439-7500
3. Peter Yarossi, MWRA, (617) 439-7500
4. Victor L'Esperance, MWRA, (617) 439-7500
5. Karen Bailey, MWRA, (617) 439-7500
6. Karen Gay-Valente, MWRA, (617) 439-7500
7. Kate Murray, MWRA, (617) 439-7500
8. Douglas McDonald, 2884 Coventry Lane, Tumwater, WA 98512-8351
9. Kevin McManus, 40 Locust Street, Marblehead, Massachusetts 01945
10. Jonathan Barnes, 45 Pratt Street, Reading, Massachusetts 01867

Rule 26(a)(1)(B) – Document Disclosure

1. Thomas McNamara personnel file including performance evaluations wage information.

2. Labor Relations grievance file including any grievances filed by Mr. McNamara.

3. Medical file regarding Thomas McNamara.

Rule 26(a)(1)(C)(D)

Not applicable.

              MASSACHUSETTS WATER
              RESOURCES AUTHORITY,
              LEROY WALKER, PETER YARROSI,
              CAROLYNE FIORE, VICTOR
              L'ESPERANCE AND KAREN BAILEY,
              Defendants

              By their attorney,

              */s/ Bonnie Gillespie-Perry*
              Bonnie Gillespie-Perry (BBO #554747)
              Senior Staff Counsel
              John W. Bishop, Jr. (BBO #043840)
              Acting Associate General Counsel
              Massachusetts Water Resources
               Authority
              Charlestown Navy Yard
              100 First Avenue
              Boston, MA 02129
              (617) 788-1181

Dated: May 28, 2004

## CERTIFICATE OF SERVICE

I, Bonnie Gillespie-Perry, hereby certify that on the 28th day of May, 2004, I served the foregoing Answer of Massachusetts Water Resources Authority, Leroy Walker, Peter Yarrosi, Carolyn Fiore, Victor L'Esperance, Karen Bailey to the Plaintiff's Complaint by causing a copy to be mailed to:

Gary G. Nolan, Esq.
Nolan Perroni LLP
133 Merrimack Street
Lowell, Massachusetts 01852

                                                */s/*
                                                Bonnie Gillespie-Perry