UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 JAN 21  P 1: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| THOMAS J. MCNAMARA,<br>Plaintiff<br><br>v.<br><br>MASSACHUSETTS WATER RESOURCES AUTHORITY, LEROY WALKER, PETER YARROSI, CAROLYN FIORE, VICTOR L'ESPERANCE and KAREN BAILEY, Individually and in their capacities as Agents of the Massachusetts Water Resources Authority,<br>Defendants | Civil Action No. 04-10356-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a) (ii), the parties hereby stipulate that all claims, including cross-claims, counterclaims and any third party actions are dismissed, with prejudice, with each party bearing its own costs, and all rights of appeal being waived.

Thomas J. McNamara,

By his attorney,

_____
Gary G. Nolan
(BBO #634907)
Nolan | Perroni, LLP
133 Merrimack Street
Lowell, Massachusetts 01852
(978) 454-3800

Dated: January 11, 2005

MASSACHUSETTS WATER
RESOURCES AUTHORITY,

By its attorney,

_____
Bonnie Gillespie-Perry
(BBO #554747)
Senior Staff Counsel
Massachusetts Water Resources Authority
Charlestown Navy Yard
100 First Avenue
Boston, MA  02129
(617) 788-1181

## CERTIFICATE OF SERVICE

I, Bonnie Gillespie-Perry, hereby certify that on the 20th day of January 2005, I served a copy of the Stipulation of Dismissal with Prejudice to be mailed by overnight delivery to the following:

Gary G. Nolan, Esq.
Nolan Perroni LLP
133 Merrimack Street
Lowell, Massachusetts 01852

_____
Bonnie Gillespie-Perry
Senior Staff Counsel